# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1435. TOKES ADELEYE v. ALERO ADELEYE.

Tokes Adeleye appeals from the superior court's final judgment and decree of divorce entered on January 31, 2025. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2); see *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted); *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Adeleye failed to file an application for discretionary appeal, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  04/10/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.